Hon. Brenda Gilbert, Chairperson, Hon. Brad Newman, Member and Hon. John Warner, Member.

## Montana Eleventh Judicial District Court.
## County of Flathead.

**STATE OF MONTANA,**
**Plaintiff,**                                    **CAUSE NO. DC-14-230**
**-vs-**                                          **DECISION**
**IAN FULLER BRANDON,**
    **Defendant.**

On October 2, 2015, the Defendant was sentenced to a commitment to the Department of Corrections for a period of ten (10) years, with five (5) years suspended, for the offense of Burglary, a Felony, in violation of §45-6-204(1)(a). This sentence shall run consecutive to the sentence in Cause No. DC-15-343(D).

On February 5, 2016, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Jennifer Streano of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence is

**AFFIRMED.**
Done in open Court this 5th day of February, 2016.
DATED this 29th day of February, 2016.
Hon. Brenda Gilbert, Chairperson, Hon. Brad Newman, Member and Hon. John Warner, Member.